No. 73–6932. WEBB ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–6937. INGLE v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 73–6939. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6944. JOHNSON v. ILLINOIS. App. Ct. Ill., 4th Jud. Dist. Certiorari denied.

No. 73–6946. CORDOVA v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–6949. JONES v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 73–6951. KANE, DBA KANE'S DIESEL & TRUCK REPAIR v. THE LEDA ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–6955. CARTER v. MONEY TREE Co. Ct. Civ. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.

No. 73–6964. OLENZ v. TELETYPE CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 73–6966. PARKER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 73–6972. ALLEN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 73–6982. SMITH v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 73–6985. JORDAN v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.